RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 1 8 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

CO

2:11-CV-0292

From: Erron D. Priest I'm in Rabun County jail

I have informed all the staff in need mental counseling along w/ meds the refused 10/13/2011 an incedent took place and I was placed in the restraint chair around 7:30 pm. and from 7:30 pm. till 12:00 am officer Chub & Valdez were calling me a prison Bitch and saying I'll be sucking dick when I get there then on 10/14/2011 I was then put back in the chair at around 12:00 noon w/ my hands handcuffed behind my back untill 7:00 P.m. when I was placed sitting there in the restraint chair. I caused no problems the whole time when the finally realesed at 7:Pm they then checked my blood pressure it was 140/90 then they got me out of the chair I couldn't stand w/out officers holding me up then they got me into the shower setting on the handicapp seat whith hot water on then after 40min I still could barly walk then I was placed on the bench so they could keep an eye on me but befor my shower They took pics. of my hands cause they were swolen so bad but the took my blood pressure again while I was on the bench it was 130/90 then after another 35-40 minets I could finally walk