Erron D. West
175 Boencreek Rd.
Tiger, GA 30576