# CIVIL COVER SHEET FOR A PRISONER CASE

2 11 CV 0292

JUDGE ______________

MAG. JUDGE ______________

DATE FILED Oct 18, 2011

DIVISION Gainesville

IFP N FEE N

PREVIOUS CASES N

NAME Erron D. West

I.D. # unknown

PRO SE ✓

ATTORNEY ______________

PLACE OF INCARCERATION Rabun County Jail

CITY Tiger

STATE GA

COUNTY Rabun

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ____ 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | ____ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. _____ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ____ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | ____ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 3 | 550 | ____ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | ____ 28:1331pr | Prisoner civil rights action suing federal officials not Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | ____ 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ____ 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | ____ 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ____ 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ____ 28:1332 | Any prisoner action based on diversity. |
| _____ | 540 | ____ ______ | OTHER: ______________ |

______ DOCKER CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

______ STAFF LAW CLERK:

____ Pauper's affidavit insufficient or no affidavit

____ Complaint or petition not signed or is incomplete

____ No copies

____ Other: ______________

w/o

SSC

550

42:1983pr