IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| ERRON D. WEST<br><br>Plaintiff,<br><br>vs.<br><br>RABUN COUNTY JAIL<br><br>Defendants, | : | CIVIL NO. 2:11-cv-00292-WCO-SSC |

**ORDER**

The captioned case is hereby transferred to the Honorable Richard W. Story. The clerk is directed to give credit to Judge Story for this case on the case assignment list.

IT IS SO ORDERED, this **24th** day of October, 2011.

**s/William C. O'Kelley**
William C. O'Kelley
Senior United States District Judge