**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| ERRON D. WEST,<br>Plaintiff,<br><br>v.<br><br>RABUN COUNTY JAIL,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>2:11-CV-00292-RWS-SSC<br><br><br><br>PRISONER CIVIL ACTION<br>42 U.S.C. § 1983 |

**ORDER**

Plaintiff, an inmate at the Rabun County Detention Center in Tiger, Georgia, has submitted a one-page document, docketed by the Clerk as this civil action, without either paying the filing fee of $350.00 or submitting a financial affidavit seeking leave to proceed *in forma pauperis*.

Within thirty (30) days of the entry date of this Order, Plaintiff is **ORDERED** to submit the full initial filing fee of $350.00 or to execute and return a financial affidavit that includes an authorization allowing his custodian to withdraw funds from his inmate account, a completed certificate from an authorized institutional officer regarding the current balance in his inmate account, and an inmate account statement for the preceding six months. Plaintiff is **ADVISED** that failure to pay the fee or submit the required affidavit may result in dismissal of this action. Moreover, Plaintiff is **CAUTIONED** that, even if he is allowed to proceed *in forma pauperis*, he must pay the full $350.00 filing fee from his inmate account. See 28 U.S.C. § 1915(b)(1). Regardless of the outcome of this lawsuit, the Court

will order Plaintiff's custodian to deduct, in monthly or other incremental installments, 20% of the preceding month's income credited to his account, in each month in which the account balance exceeds $10.00, until the $350.00 fee is paid in full. If Plaintiff does not want funds deducted from his inmate account, he should file a motion voluntarily dismissing this action.

Plaintiff is **FURTHER ORDERED** to submit an amended complaint within thirty (30) days of the entry date of this Order. Plaintiff is advised that the amended complaint shall supersede his previous pleadings filed in this action.

Plaintiff is **DIRECTED** to (1) draft his amended complaint on the complaint form provided by the Clerk of this Court, (2) clearly caption the amended complaint as an amendment to his original complaint, (3) add no more than ten pages to the form, (4) write on only one side of each page, (5) provide the name of each intended defendant, (6) provide only factual allegations concerning events in which he himself suffered some injury, (7) clearly identify each defendant responsible for that injury, (8) omit all legal argument or conclusion, (9) provide information on the administrative relief that he has pursued (including any grievances he has filed), and (10) provide detailed information on all prisoner civil actions that he previously has filed.

The Clerk is **DIRECTED** to forward the appropriate financial affidavit and complaint form to Plaintiff, together with a copy of this Order, and to resubmit this

matter to the undersigned upon receipt of the filing fee or affidavit, or when the thirty-day time period expires.

**IT IS SO ORDERED** this 7th day of November, 2011.

*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge



AO 72A
(Rev.8/82)