FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

NOV 10 2011

JAMES N. HATTEN, Clerk
By: Vicki Dougherty Deputy Clerk

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

Erron Duane West 87082

(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

2:11-cv-292

-vs-

RaBun County Jail

______________________________

______________________________

(Enter above the full name of the defendant(s).)

**I. Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): ______________________________

______________________________

Defendant(s): ______________________________

______________________________

2. Court (name the district):

______________________________

______________________________

3. Docket Number: ______________________________

## I. Previous Lawsuits (Cont'd)

4. Name of judge to whom case was assigned: [illegible]

5. Did the previous case involve the same facts?

   Yes ( ) No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   ______________________________

   ______________________________

7. Approximate date of filing lawsuit: ______________

8. Approximate date of disposition: ______________

## II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A. Place of Present Confinement: Raburn County Jail

B. Is there a prisoner grievance procedure in this institution?

   Yes (X) No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

   Yes ( ) No (X)

D. If your answer is YES:

   1. What steps did you take and what were the results?

   ______________________________

   ______________________________

   ______________________________

   ______________________________

   ______________________________

   2. If your answer is NO, explain why not: It was per the major and captain

   ______________________________

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Erron D west

Address(es): Rabuln County Jail 175 Docn creek RD tiger GA 30576

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Jana Wiler, Huck Ramy, oscar Valdes, and anthony cilla

Employed as Major, Captain, officer, and officer

at

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1c-12-11 I was placed in the restraint ment chair that's when the two officer's where calling me a prison bitch and a cock sucker I have witness that seen that his name is Ivester he is here in this jail and the following morning I was placed in the chair again this time by Jana wilder and Huck ramey and never released my hand for 7 straight hous I fill lik my life is in danger becous the night shift had to carrie me to the shower and all of 45 min. to regain my stabble walk

Rev. 12/5/07

## IV. Statement of Claim (Cont'd)

## V. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

**V. Relief (Cont'd)**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Singed this 8 day of November, 2011.

Erron D West
Signature of Plaintiff

**STATE OF** ______________________
**COUNTY (CITY) OF** ______________

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** ______________
(Date)

______________________
Signature of Plaintiff