**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| ERRON D. WEST,<br>Plaintiff, | :<br>: | CIVIL ACTION NO.<br>2:11-CV-00292-RWS-SSC |
| | : | |
| v. | : | |
| | : | |
| RABUN COUNTY JAIL, et al.,<br>Defendants. | :<br>: | PRISONER CIVIL ACTION<br>42 U.S.C. § 1983 |

**MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION**

The Clerk docketed Plaintiff's complaint in this action on October 18, 2011. [Doc. 1]. Plaintiff neither paid the filing fee nor sought leave to proceed *in forma pauperis*. Therefore, on November 7, 2011, the Court ordered Plaintiff, within thirty days,

> to submit the full initial filing fee of $350.00 or to execute and return a financial affidavit that includes an authorization allowing his custodian to withdraw funds from his inmate account, a completed certificate from an authorized institutional officer regarding the current balance in his inmate account, and an inmate account statement for the preceding six months.

(Doc. 4 at 1). The Court advised Plaintiff that his failure to do so "may result in dismissal of this action." (Id.). To date, Plaintiff has not submitted the filing fee or a financial affidavit.

Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED without prejudice** due to Plaintiff's failure to obey a lawful Order. See LR 41.3.A.(2), NDGa.

The Clerk is **DIRECTED** to terminate the referral to the Magistrate Judge.

**SO RECOMMENDED and DIRECTED** this 17th day of January, 2012.

*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge



AO 72A
(Rev.8/82)