**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| ERRON D. WEST, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-0292-RWS |
| RABUN COUNTY JAIL, | : |
| | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [6] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED**, **without prejudice** due to Plaintiff's failure to obey a lawful order. The Clerk shall close the case.

**SO ORDERED**, this  8th  day of February, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)