**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

ERRON D. WEST,

Plaintiff,

vs.

RABUN COUNTY JAIL,

Defendant.

CIVIL ACTION FILE

NO. 2:11-CV-292-RWS

# JUDGMENT

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the magistrate judge's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that the action be, and the same hereby is **dismissed, without prejudice,** due to Plaintiff's failure to obey a lawful order of this court.

Dated at Gainesville, Georgia, this 8th day of February, 2012

JAMES N. HATTEN
CLERK OF COURT

By: s/Stacey R. Kemp
Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
February 8, 2012
James N. Hatten
Clerk of Court

By s/Stacey R. Kemp
Deputy Clerk