Office of the Clerk
United States District Court
201 United States Courthouse
121 Spring Street, S.E.
Gainesville, Georgia 30501-3789
OFFICIAL BUSINESS

Erron D. West
87032
Rabun County Detention Center
175 Boencreek Road
Tiger, GA 30576

---

*************** ATTENTION

If you are a bar member in good standing w
or a PHV attorney, electronic filing becam
effective July 15, 2005. Register now for
Please visit http://www.gand.uscourts.gov
You may also call 404-215-1600.

CLEARED SECURITY
FEB 16 2012
U.S. Marshals Service
Gainesville, GA

NIXIE 300 5E 1 00 02/14/12
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 30501374999 *2324-03013-08-40

HASLER
$0.45⁰
02/08/2012
Mailed From 30501
017H15511262
US POSTAGE

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

FEB 16 2012

JAMES N. HATTEN, Clerk
By: Vicki Dougherty
Deputy Clerk